# EXHIBIT 4

HON. ALLAN B. WEISS

PRESENT: HON. MARGUERITE A. GRAYS

At IAS Part ____ of the Supreme Court of the State of New York, held in and for the County of Queens at the Courthouse located at 88-11 Sutphin Boulevard, Jamaica, New York, on the 30 day of June, 2017.

Commercial Div

-----------------------------------------------------------X
AGL INDUSTRIES, INC.,

                                Plaintiff,

    -against-

CONTINENTAL INDEMNITY COMPANY, APPLIED UNDERWRITERS, INC., APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC., and APPLIED RISK SERVICES, INC.,

                                Defendants.
-----------------------------------------------------------X

Index No.: 708999/2017

**ORDER TO SHOW CAUSE**

FILED
JUL -5 2017
COUNTY CLERK
QUEENS COUNTY

Upon reading and filing the Affidavit of Dominick LoFaso, sworn to on June 29, 2017, the Affirmation of Nicholas Fortuna, affirmed on June 29, 2017, all exhibits annexed thereto, the annexed Memorandum of Law, and upon the Summons and Verified Complaint filed simultaneously herewith,

Commercial Part  2:15

**LET THE DEFENDANTS SHOW CAUSE** at I.A.S. Part 4 of this Court, Room 66, at the Courthouse located at 88-11 Sutphin Boulevard, Jamaica, New York, on the 18 day of ____, 2017, or as soon thereafter as counsel can be heard why an Order should not be made and entered pursuant to C.P.L.R. Article 63, (1) staying the Notice of Cancellation dated June 15, 2017 and preliminarily enjoining Defendants or any of their agents from cancelling Continental Policy No. 73-344281-01-02 pending this Court's determination as to the validity of the Notice of Cancellation; (2) pursuant to C.P.L.R. § 6313(a), temporarily staying the Notice of

Cancellation dated June 15, 2017 and temporarily restraining and enjoining Defendants from cancelling Policy No. 73-344281-01-02 pending the hearing and determination of this Order to Show Cause; and (3) granting such other and further relief as this Court deems just proper, and equitable.

**SUFFICIENT CAUSE APPEARING THEREFORE**, it is hereby

**ORDERED** that pending the hearing and determination of this Order to Show Cause, that the Notice of Cancellation dated June 15, 2017 is hereby stayed and the Defendants shall be temporarily restrained and enjoined from cancelling Policy No. 73-344281-01-02 pursuant to the June 15, 2017 Notice of Cancellation; and it is hereby

**FURTHER ORDERED** that service of a copy of this Order and the papers upon which it was granted, together with service of the Summons and Verified Complaint upon Defendants by personal service, on or before the __10__ day of __July__, 2017, shall be deemed good and effective service thereof.

ENTER:

_____
J.S.C.

6/30/17

FILED
JUL -5 2017
COUNTY CLERK
QUEENS COUNTY