UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGL INDUSTRIES, INC., | Civil Action No.: 1:17-cv-04179 (PKC) |
| *Plaintiff,* | |
| -against- | STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND EXTENDING TIME TO ANSWER COMPLAINT |
| CONTINENTAL INDEMNITY COMPANY; APPLIED UNDERWRITERS, INC.; APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY, INC.; and APPLIED RISK SERVICES, INC., | |
| *Defendants.* | |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 6(b)(1), Local Civil Rule 7.1(d), and Judge Chen's Individual Practices and Rules 3(C), by and between the undersigned attorneys for the parties in the above-captioned civil action, subject to the approval of the Court, that the Court set a briefing schedule for the Order to Show Cause ("OSC") filed by Plaintiff in the Supreme Court of the State of New York, Queens County on June 29, 2017 (Index No.: 708999/2017), which together with the Verified Complaint Defendants then timely removed to this Court on July 13, 2017, as follows:

- Defendants' opposition to the OSC will be due on or before August 11, 2017; and
- Plaintiff's reply will be due on or before September 1, 2017.

**IT IS HEREBY FURTHER STIPULATED AND AGREED,** that the time within which Defendants may move, answer, or otherwise respond to the Verified Complaint is hereby extended up to and including September 15, 2017.

Defendants waive any defenses or objections to personal jurisdiction, however, no provision of this Stipulation shall be construed as a waiver of, and Defendants expressly reserve,

1

6605429v.2

any and all other objections or defenses, including but not limited to any and all objections or defenses related to venue.

There have been no previous requests for an extension of time or an alteration of the OSC briefing schedule in connection with this matter.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and facsimile signatures herein shall be accepted as if originals.

Dated: July 19, 2017

| ALLYN & FORTUNA LLP | WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Megan J. Muoio | Claire Hankin |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |
| 1010 Avenue of the Americas, 3rd Floor | 1133 Westchester Avenue |
| New York, New York 10018 | White Plains, New York 10604 |
| (212) 213-8844 | (914) 323-7000 |

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2017

                                                       The Honorable Pamela K. Chen
                                                       **United States District Judge**