

November 20, 2017

**Claire M. Hankin**
914.872.7775 (direct)
Claire.Hankin@wilsonelser.com

**SENT VIA EMAIL, & ECF**

Nicholas Fortuna, Esq.
Megan J. Muoio, Esq.
ALLYN & FORTUNA LLP
*Attorneys for Plaintiff*
1010 Avenue of the Americas, 3rd Floor
New York, NY 10018
(212) 213-8844
nfortuna@allynfortuna.com
mmuoio@allynfortuna.com

      Re:    **AGL Industries, Inc. v. Continental Indemnity Company,** *et al.*
              **Civil Action No.: 1:17-cv-04179 (PKC)**

Counselors:

      This office represents the Defendants Continental Indemnity Company ("Continental"), Applied Underwriters, Inc. ("AUI"), Applied Underwriters Captive Risk Assurance Company, Inc. ("AUCRA"), and Applied Risk Services, Inc. ("ARS"), in the above-captioned matter.

      Enclosed, please find copies of the following motion papers:

(1) Defendants' Notice of Motion to Transfer Venue Pursuant to Forum Selection Clauses and to Compel Plaintiff to Post a Bond for Security Under FRCP 65(C);

(2) The Declaration of Claire M. Hankin in support of Defendants' Motion, dated November 20, 2017, together with Exhibits 1-10 annexed thereto; and

(3) Defendants' Memorandum of Law in Support.

Pursuant to Judge Chen's Individual Practices and Rules, a copy of this cover letter will be filed through the Court's ECF system, and copies of the above motion papers will be electronically filed on the day the motion is fully briefed, January 29, 2017.

                  Thank you,

                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

3 Gannett Drive • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris
wilsonelser.com

WEST\270049761.1
6781721v.1



- 2 -

 

*/s/ Claire M. Hankin*
*Attorneys for Defendants,*
1133 Westchester Avenue
White Plains, New York 10604
Our File No.: 12548.00070


Cc:   All Counsel of Record via Electronic Filing

      Honorable Pamela K. Chen
      United States District Court, E.D.N.Y.
      225 Cadman Plaza East
      Brooklyn, New York 11201

6781721v.1