1133 Westchester Avenue
White Plains, NY 10604

Clerk of the Court
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

May 8, 2015

Re: AGL Industries, Inc. v Continental Indemnity Company, *et al.*, 1:17-cv-04179-PKC-RER

Dear Clerk of the Court,

I have recently entered an appearance in the above identified case. I have assumed the position as lead counsel for this matter for all Defendants. Can you please remove Claire Hankin from this case, as she is no longer with Wilson, Elser, Moskowitz, Edelman & Dicker, LLP and no longer representing any of the Defendants.

You can reach me with any questions at (914) 872-7213 or by email at Joanna.GarelickGoldstein@wilsonelser.com.

Respectfully submitted,

Joanna Garelick Goldstein, Esq.

7040635v.1